CONSENT FOR MODIFICATION OF SUPERVISED RELEASE

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**

**JAN 22 2018**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA )
      Plaintiff )

          vs. )      Criminal No. 14-cr-236
)            BAH/DAR
)

    FRED PRIMUS )
      Defendant

## CONSENT TO MODIFY SUPERVISED RELEASE

All parties agree, for the reasons set forth on the record, that the Defendant's conditions of supervised release should be modified. In accordance with said agreement, it is hereby RECOMMENDED that the Defendant's conditions of supervised release be modified to extend Defendant's term of supervised release by six months, with the special condition of continued location monitoring.

Dated: January 18, 2019

_____
U.S. Magistrate Judge

The assigned Magistrate Judge having recommended that the conditions of the Defendant's supervised release be modified, it is ORDERED that the recommendation is accepted.

Dated: Jan. 22, 2019

_____
U.S. District Judge